IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT B. CIARPAGLINI,

                      Petitioner,

  v.                                        ORDER
                                            07-C-574-S

COREY MUELLER, C.O. WODACK,
LT. BAUER, DONALD STRAHOTA
and JOHN C. SHABAZ,

                      Respondents.

---

    On October 17, 2007 judgment was entered in the above entitled matter denying and dismissing petitioner's request to proceed <u>in forma pauperis</u> without prejudice. Petitioner moves reconsideration. This motion will be denied because petitioner has not shown he has exhausted his administrative remedies on his excessive force claim. Petitioner's motion for recusal will be denied as moot because his case will not be reopened.

                                  ORDER

    IT IS ORDERED that petitioner's motion for reconsideration is DENIED.

    IT IS FURTHER ORDERED that petitioner's motion for recusal is DENIED as moot.

    Entered this 25th day of October, 2007.

                                  BY THE COURT:

                                  /s/

                                  _____
                                  JOHN C. SHABAZ
                                  District Judge